UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JASON SCHMAUS, | ) No. CV 10-00644-DDP (VBK) |
|   Petitioner, | ) JUDGMENT |
|   v. | ) |
| FRANCISCO JACQUEZ, | ) |
|   Respondent. | ) |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED:  May 2, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE